NUMBER
13-10-00476-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

MIGUEL ZARAGOZA,                                                                  Appellant,

 

                                                             v.

 

ELI DAVILA, ET AL.,                                                                     Appellees.

____________________________________________________________

 

                           On
appeal from the 275th District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

Before Justices Yañez, Garza, and
Benavides

Memorandum Opinion
Per Curiam

 








Appellant,
Miguel Zaragoza, appealed a judgment entered by the 275th District Court of Hidalgo
County, Texas.  On August 26, 2010, the Clerk of this Court notified appellant
that the notice of appeal failed to comply with Texas Rule of Appellate
Procedure 9.5(e) and 25.1(d)(2).  See Tex.
R. App. P. 9.5(e), 25.1(d)(2).  The Clerk directed appellant to file an
amended notice of appeal with the district clerk's office within 30 days from
the date of that notice.  On August 26, 2010, the Court received an amended
notice of appeal.  October 7, 2010, the Clerk again notified appellant that the
defects had not been corrected and warned appellant that the appeal would be
dismissed if the defects were not cured within ten days.  To date, the defects
have not been corrected.   See Tex.
R. App. P. 42.3(b),(c).  

The
Court, having considered the documents on file and appellant=s failure to correct these defects, is of the opinion
that the appeal should be dismissed.  See id.  42.3(b),(c). 
Accordingly, the appeal is DISMISSED for want of prosecution.                               

                                                                                                            PER
CURIAM

 

Delivered and filed the

18th day of November, 2010.